PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

<u>Angel Celado</u>             Docket No. <u>0101 1:20CR10024</u>

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant Angel Celado, who was placed under pretrial release supervision by the Honorable <u>Donald Cabell</u>, on <u>2/24/2020</u> under the following conditions:

1. Submit to supervision by and report for supervision to the U.S. Probation/Pretrial Services as directed.
2. Continue or actively seek employment and provide verification to U.S. Probation/Pretrial Services as directed.
3. Surrender any passport to U.S. Probation and Pretrial Services.
4. Do not obtain a passport or other international travel document.
5. Abide by the following restrictions on personal association, residence, or travel: Travel restricted to Massachusetts.
6. No contact with, directly or indirectly, with anyone who is or may be a victim/witness/co-defendant in the investigation or prosecution unless in the presence of counsel.
7. Do not possess a firearm, destructive device, or other weapon – except son's duty weapon.
8. Do not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practicioner.
9. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
10. Submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. The defendant must not obstruct, attempt to obstruct, or tamper with the equipment.
11. Defendant must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
12. Report as soon as possible (24 hours), to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic

stops.

And respectfully seeks action by the Court and for cause as follows:

On 6/29/2020, Mr. Celado submitted a positive drug test result for Opiates and Oxycodone and he subsequently admitted to the use of non-prescribed Oxycodone. He maintained that it was a one-time use only, and on 7/8/2020, he submitted a drug test which was negative for all substances. Previously, on 2/24/2020, he submitted a positive drug test for Buprenorphine which he claimed was due to illegal drug use while in BOP custody, just prior to his release.

On 7/8/2020, at 12:25 a.m., Mr. Celado had contact with the MA State Police at which time he was issued a criminal citation for Driving with Suspended License and Marked Lanes Violation. According to Mr. Celado, he and his girlfriend, Angelina Colon, had gone to CVS to purchase some medication as Ms. Colon was not feeling well. While driving home, she reportedly began to vomit and stopped her vehicle in the middle of the road to switch places with Mr. Celado, whose driver's license is suspended, so that he could continue the drive back to their residence. Mr. Celado is to be summonsed into the Dorchester District Court on these charges.

Pretrial Services has had ongoing concern about Mr. Celado's lack of a curfew while on Location Monitoring and the undersigned has addressed his late night and early morning wanderings with him on numerous occasions. He claims that he is simply visiting with friends or family late at night and into the early morning hours, and that he is not doing anything wrong. Unfortunately, his recent drug use and new criminal citation suggest otherwise. As Your Honor is aware, he is charged with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Cocaine Base. As noted in the Bail Report, Mr. Celado has prior convictions for Assault and Battery with a Dangerous Weapon, Armed Robbery, and firearms offenses for which he received sentences of 18 months followed by three years of Probation. While on Probation for that case, he sustained convictions for distribution of a Class A Drug and Possession of a Class C Drug, for which he received an 18-month suspended sentence and Probation. The instant offense is alleged to have occurred within a year of his discharge from Probation. The conspiracy charged in this case is alleged to have occurred at least in part while the defendant was on pretrial release for a drug charge that remains pending in Charlestown District Court. Since that time, he has been charged with drug offenses in two cases that remain pending in Dorchester District Court.

Based on the above-detailed violations, Pretrial Services recommends that a 10:00 p.m. to 6:00 a.m. curfew with Location Monitoring (LM) be imposed, with the LM technology to be at the discretion of our office. It is noted that despite Defense Attorney Fasoldt's opposition to this motion, we believe that it is necessary and appropriate to ensure the safety of the community and the defendant's stability moving forward. AUSA Crowley has also been notified of the violations but has not yet advised of his position on this matter.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:
- ☒ Modify Conditions to Include a 10:00 p.m. – 6:00 a.m. Curfew with LM Technology
- ☐ Issue a Summons for the defendant to appear for a Show Cause Hearing
- ☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  7/10/2020         Place: Boston, Massachusetts

*/s/ Larissa Charette*          Date:  7/10/2020
Larissa Charette
Sr. U.S. Probation Officer

ORDER OF COURT

- ☒ Modify Conditions to Include a 10:00 p.m. – 6:00 a.m. Curfew with LM Technology
- ☐ Issue a Summons for the defendant to appear for a Show Cause Hearing
- ☐ Other:

Considered and ordered this 21st day of July, 20 20, and ordered filed and made part of the record in the above case.

/s/ Donald L. Cabell
Honorable Donald L. Cabell
U.S. Magistrate Judge